# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LIU JING LIN, MAI GUO JIA, | ) | Case No.: 2:11-cv-02009-GMN-GWF |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| BAC HOME LOAN SERVICING LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **INTRODUCTION**

Before the Court is Defendant Bank of America, N.A.'s, as successor by merger to BAC Home Loan Servicing, LP ("BANA"), Motion to Set Aside Default pursuant to Fed. R. Civ. P. 55(c) (ECF No. 6).  Plaintiffs did not file a Response.

Local Rule 7–2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly, the Court grants BANA's motion.

**IT IS HEREBY ORDERED** that Defendant Bank of America, N.A.'s, as successor by merger to BAC Home Loan Servicing, LP ("BANA"), Motion to Set Aside Default (ECF No. 6) is **GRANTED**.

**DATED** this 10th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge